**WELLING v. WALKER**

[342 N.C. 411 (1995)]

KAREN D. WELLING v. SHELLY RENEE WALKER

No. 42PA95

(Filed 8 December 1995)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 117 N.C. App. 445, 451 S.E.2d 329 (1994), granting relief from judgment entered by Burroughs, J., on 28 July 1993, in Superior Court, Mecklenburg County, and ordering a new trial. Heard in the Supreme Court 17 November 1995.

*Baucom, Claytor, Benton, Morgan, Wood & White, P.A., by James F. Wood, III; and Charles M. Welling, for plaintiff-appellee.*

*Caudle & Spears, P.A., by Harold C. Spears and John A. Folmar, for defendant-appellant.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.